# United States Court of Appeals
# for the Fifth Circuit

————————

No. 23-50501
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
March 27, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Everardo Monita-Zamora,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:22-CR-211-2

————————————————————

Before Elrod, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Everardo Monita-Zamora has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Monita-Zamora has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as

————————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50501

well as Monita-Zamora's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Monita-Zamora's request for the appointment of counsel is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).